

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Dornell Lamar Lipscomb, Appellant

No. 06-15-00033-CR        v.

The State of Texas, Appellee

Appeal from the 114th District Court of Wood County, Texas (Tr. Ct. No. 19,261-2006). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Dornell Lamar Lipscomb, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 6, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk